```
          UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                                      Case No. 10-cr-92-PB

<u>Jeremiah Ready, et al.</u>

<u>O R D E R</u>

The defendant has moved through counsel to continue the trial scheduled for December 1, 2010, citing the need for additional time as defendant is currently enrolled in a long-term rehabilitation facility and presently unable to prepare for trial.  The government and co-defendnats do not object to a continuance of the trial date.

Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from December 1, 2010 to March 8, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best

interests of the public and the defendant in a speedy trial.

The November 18, 2010 final pretrial conference is continued to February 22, 2011 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro<br>Paul Barbadoro<br>United States District Judge

November 17, 2010

cc: Timothy M. Harrington, Esq.
    Richard F. Monteith, Jr., Esq.
    Jennifer C. Davis, Esq.
    United States Probation
    United States Marshal