UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    v.                                      Case No. 10-cr-92-PB

**Jeremiah Ready, et. al.**

]

**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for March 8, 2011, citing the need for additional time to complete a long-term rehabilitation in which he is enrolled program prior to trial.  The government and co-defendant does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow time for the parties to properly prepare for trial, the court will continue the trial from March 8, 2011 to April 5, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public

and the defendants in a speedy trial.

The February 22, 2011 final pretrial conference is continued to March 21, 2011 at 2:30 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 18, 2011

cc: Richard Monteith, Esq.
 Timothy Harrington, Esq.
 Jennifer C. Davis, AUSA
 United States Probation
 United States Marshal